UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

RICHARD D. CORNELL,
    Plaintiff,

v.                                                CASE NO. 1:10-cv-04754

FEDEX GROUND PACKAGE SYSTEM, INC.,
    Defendant

                                                                 /

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the parties to this action stipulate to the dismissal with prejudice of this action and all claims by Plaintiff Richard Cornell against Defendant FedEx Ground Package System, Inc. Each party will bear their own costs and fees.

s/ Keith L. Spence_____
attyspence@gmail.com
(773) 429-1374
Law Office of Keith L. Spence
Chicago, IL 60643
Attorney for Plaintiff,
Richard D. Cornell

s/ Joseph P. McHugh_____
joseph.mchugh@fedex.com
(412) 859-5917
Christina K. Johansen
christina.johansen@fedex.com
(412) 859-5449
FedEx Ground Package System, Inc.
Moon Township, PA 15108
(412) 859-5917

James D. Helenhouse
Fletcher & Sippel LLC
Suite 920
29 North Wacker Drive
Chicago, IL 60606-2832
(312) 252-1500
jhelenhouse@fletcher-sippel.com

Attorneys for Defendant, FedEx Ground Package System, Inc.